IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GUY BRYAN

     Plaintiff,

v.                                  Cause No. 1:22-CV-00158-SCY-JFR

CORECIVIC, INC., CHAD MILLER
(Warden) in his individual and official
Capacities, KATHLEEN LAMPHERE, NP,
in her individual and official capacities,
KEITH IVENS, MD, in his individual
and official capacities, BERNALILLO
COUNTY BOARD OF COMMISSIONERS,
and CENTURION DETENTION HEALTH
SERVICES, LLC,

     Defendants.

## CENTURION DETENTION HEALTH SERVICES, LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

COMES NOW Centurion Detention Health Services, LLC ("Centurion") through its attorneys, Park & Associates, LLC, and respectfully state as follows for its Answer to Plaintiff's First Amended Complaint for damages ("Complaint"):

## INTRODUCTION

1. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

2. Centurion denies the allegations contained in Paragraph 2 of the Complaint and demands strict proof thereof.

3. Centurion denies the allegations contained in Paragraph 3 of the Complaint and demands strict proof thereof.

1

4. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 4 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

5. Centurion denies the allegations contained in Paragraph 5 of the Complaint and demands strict proof thereof.

## PARTIES, JURISDICTION, AND VENUE

6. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 6 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

7. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 7 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

8. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 8 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

9. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 9 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

10. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

11. The allegations in Paragraph 11 of the Complaint contain overly broad legal conclusions rather than factual allegations, and so Centurion is without sufficient information or

knowledge to form a belief as to the truth or falsity of the allegations. Placing its denial on that basis, Centurion denies the same and demands strict proof thereof.

12. The allegations in Paragraph 12 of the Complaint contain overly broad legal conclusions rather than factual allegations, and so Centurion is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations. Placing its denial on that basis, Centurion denies the same and demands strict proof thereof.

13. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

14. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

15. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

16. Centurion admits the allegations contained in Paragraph 16 of the Complaint.

17. Centurion admits that it contracted with to provide contractually specified health care to detainees at the Metropolitan Detention Center ("MDC") in Bernalillo County but states that it is without sufficient information or knowledge to admit or deny the remaining allegations contained in Paragraph of the complaint, and, placing its denial on that basis, denies the same and demands strict proof thereof.

18. The allegations in Paragraph 18 of the Complaint contain overly broad legal conclusions rather than factual allegations, and so Centurion is without sufficient information or

3

knowledge to form a belief as to the truth or falsity of the allegations.  Placing its denial on that basis, Centurion denies the same and demands strict proof thereof.

19. The allegations in Paragraph 19 of the Complaint contain overly broad legal conclusions rather than factual allegations, and so Centurion is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations.  Placing its denial on that basis, Centurion denies the same and demands strict proof thereof.

20. The allegations in Paragraph 20 of the Complaint contain overly broad legal conclusions rather than factual allegations, and so Centurion is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations.  Placing its denial on that basis, Centurion denies the same and demands strict proof thereof.

**FACTUAL BASIS**

21. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 21 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

22. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 22 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

23. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 23 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

24. The allegations in Paragraph 24 of the Complaint contain overly broad legal conclusions rather than factual allegations, and so Centurion is without sufficient information or

knowledge to form a belief as to the truth or falsity of the allegations. Placing its denial on that basis, Centurion denies the same and demands strict proof thereof.

25. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 25 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

26. The allegations in Paragraph 26 of the Complaint contain overly broad legal conclusions rather than factual allegations, and so Centurion is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations. Placing its denial on that basis, Centurion denies the same and demands strict proof thereof.

27. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 27 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

28. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 28 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

29. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 29 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

30. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 30 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

31. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 31 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

32. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 32 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

33. The allegations in Paragraph 33 of the Complaint contain overly broad legal conclusions rather than factual allegations, and so Centurion is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations. Placing its denial on that basis, Centurion denies the same and demands strict proof thereof.

34. The allegations in Paragraph 34 of the Complaint contain overly broad legal conclusions rather than factual allegations, and so Centurion is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations. Placing its denial on that basis, Centurion denies the same and demands strict proof thereof.

35. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 35 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

36. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 36 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

37. Centurion admits that a "sick call" is a detainee's request for medical care but is without sufficient information or knowledge to form a belief as to the truth of the remaining

allegations contained in Paragraph 37 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

38. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 38 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

39. Centurion denies the allegations as contained in Paragraph 39 of the Complaint and demands strict proof thereof.

40. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 40 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

41. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 41 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

42. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 42 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

43. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 39 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

44. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 44 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

45. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 45 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

46. Centurion denies the allegations of Paragraph 46 of the Complaint and demands strict proof thereof.

47. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 47 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

48. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 48 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

49. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 49 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

50. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 50 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

51. The allegations in Paragraph 51 of the Complaint contain overly broad legal conclusions rather than factual allegations, and so Centurion is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations. Placing its denial on that basis, Centurion denies the same and demands strict proof thereof.

52. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 52 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

53. The allegations in Paragraph 53 of the Complaint contain overly broad legal conclusions rather than factual allegations, and so Centurion is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations.  Placing its denial on that basis, Centurion denies the same and demands strict proof thereof.

54. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 54 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

55. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 55 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

56. Centurion admits that a non-healing fracture may be known as a non-union.

57. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 57 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

58. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 58 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

59. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 59 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

60. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 60 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

61. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 61 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

62. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 62 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

63. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 63 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

64. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 64 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

65. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 65 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

66. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 66 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

67. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 67 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

68. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 68 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

69. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 69 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

70. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 70 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

71. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 71 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

72. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 72 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

73. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 73 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

74. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 74 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

75. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 75 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

76. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 76 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

77. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 77 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

78. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 78 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

79. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 79 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

80. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 80 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

81. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 81 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

82. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 82 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

83. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 83 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

84. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 84 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

85. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 85 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

86. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 86 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

87. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 87 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

88. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 88 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

89. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 89 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

90. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 90 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

91. Centurion is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 91 of the Complaint and, placing its denial on that basis, denies the same and demands strict proof thereof.

92. Centurion denies the allegations contained in Paragraph 92 of the Complaint and demands strict proof thereof.

93. Centurion denies the allegations contained in Paragraph 93 of the Complaint and demands strict proof thereof.

94. Centurion denies the allegations contained in Paragraph 94 of the Complaint and demands strict proof thereof.

**COUNT I: DELIBERATE INDIFFERENCE
TO SERIOUS MEDICAL NEEDS**

95. Centurion denies the allegations contained in Paragraph 95 of the Complaint and demands strict proof thereof.

96. The allegations in Paragraph 96 of the Complaint contain overly broad legal conclusions rather than factual allegations, and so Centurion is without sufficient information or

14

knowledge to form a belief as to the truth or falsity of the allegations.  Placing its denial on that basis, Centurion denies the same and demands strict proof thereof.

97. Centurion denies the allegations contained in Paragraph 97 of the Complaint and demands strict proof thereof.

98. Centurion denies the allegations contained in Paragraph 98 of the Complaint and demands strict proof thereof.

99. Centurion denies the allegations contained in Paragraph 99 of the Complaint and demands strict proof thereof.

100.    Centurion denies the allegations contained in Paragraph 100 of the Complaint and demands strict proof thereof.

101.    The allegations in Paragraph 101 of the Complaint contain overly broad legal conclusions rather than factual allegations, and so Centurion is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations. Placing its denial on that basis, Centurion denies the same and demands strict proof thereof.

102.    Centurion denies the allegations contained in Paragraph 102 of the Complaint and demands strict proof thereof.

103.    The allegations in Paragraph 103 of the Complaint contain overly broad legal conclusions rather than factual allegations, and so Centurion is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations. Placing its denial on that basis, Centurion denies the same and demands strict proof thereof.

104.    Centurion denies the allegations contained in Paragraph 104 of the Complaint and demands strict proof thereof.

105.     Centurion denies the allegations contained in Paragraph 105 of the Complaint and demands strict proof thereof.

## With Respect to Defendant Kathleen Lamphere, NP

106.     The averments of Paragraph 106 of the Complaint do not pertain to Centurion, so no response is provided.   To the extent a response is required, Centurion denies the averments and demands strict proof thereof

107.     The averments of Paragraph 107 of the Complaint do not pertain to Centurion, so no response is provided.   To the extent a response is required, Centurion denies the averments and demands strict proof thereof

108.     The averments of Paragraph 108 of the Complaint do not pertain to Centurion, so no response is provided.   To the extent a response is required, Centurion denies the averments and demands strict proof thereof

109.     The averments of Paragraph 109 of the Complaint do not pertain to Centurion, so no response is provided.   To the extent a response is required, Centurion denies the averments and demands strict proof thereof

110.     The averments of Paragraph 110 of the Complaint do not pertain to Centurion, so no response is provided.   To the extent a response is required, Centurion denies the averments and demands strict proof thereof

111.     The averments of Paragraph 111 of the Complaint do not pertain to Centurion, so no response is provided.   To the extent a response is required, Centurion denies the averments and demands strict proof thereof

112.    The averments of Paragraph 112 of the Complaint do not pertain to Centurion, so no response is provided.  To the extent a response is required, Centurion denies the averments and demands strict proof thereof

113.    The averments of Paragraph 113 of the Complaint do not pertain to Centurion, so no response is provided.  To the extent a response is required, Centurion denies the averments and demands strict proof thereof

114.    The averments of Paragraph 114 of the Complaint do not pertain to Centurion, so no response is provided.  To the extent a response is required, Centurion denies the averments and demands strict proof thereof

### With Respect to Defendant Keith Ivens, MD

115.    The averments of Paragraph 115 of the Complaint do not pertain to Centurion, so no response is provided.  To the extent a response is required, Centurion denies the averments and demands strict proof thereof

116.    The averments of Paragraph 116 of the Complaint do not pertain to Centurion, so no response is provided.  To the extent a response is required, Centurion denies the averments and demands strict proof thereof

### COUNT II: FAILURE TO TRAIN AND SUPERVISE

117.    The allegations in Paragraph 117 of the Complaint contain overly broad legal conclusions rather than factual allegations, and so Centurion is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations. Placing its denial on that basis, Centurion denies the same and demands strict proof thereof.

118.     The averments of Paragraph 118 of the Complaint do not pertain to Centurion, so no response is provided.  To the extent a response is required, Centurion denies the averments and demands strict proof thereof

119.     Centurion admits that it contracted with Bernalillo County to provide contractually specified health care services at the Metropolitan Detention Center for the contracted period.

120.     The averments of Paragraph 120 of the Complaint do not pertain to Centurion, so no response is provided.  To the extent a response is required, Centurion denies the averments and demands strict proof thereof.

121.     The averments of Paragraph 121 of the Complaint do not pertain to Centurion, so no response is provided.  To the extent a response is required, Centurion denies the averments and demands strict proof thereof

122.     The averments of Paragraph 122 of the Complaint do not pertain to Centurion, so no response is provided.  To the extent a response is required, Centurion denies the averments and demands strict proof thereof

123.     The averments of Paragraph 123 of the Complaint do not pertain to Centurion, so no response is provided.  To the extent a response is required, Centurion denies the averments and demands strict proof thereof

124.     The averments of Paragraph 124 of the Complaint do not pertain to Centurion, so no response is provided.  To the extent a response is required, Centurion denies the averments and demands strict proof thereof

125.    The averments of Paragraph 125 of the Complaint do not pertain to Centurion, so no response is provided. To the extent a response is required, Centurion denies the averments and demands strict proof thereof

126.    The averments of Paragraph 126 of the Complaint do not pertain to Centurion, so no response is provided. To the extent a response is required, Centurion denies the averments and demands strict proof thereof

127.    The averments of Paragraph 127 of the Complaint do not pertain to Centurion, so no response is provided. To the extent a response is required, Centurion denies the averments and demands strict proof thereof

## COUNT III: STATE LAW CLAIM
## FOR MEDICAL MALPRACTICE

128.    The allegations in Paragraph 128 of the Complaint contain overly broad legal conclusions rather than factual allegations, and so Centurion is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations. Placing its denial on that basis, Centurion denies the same and demands strict proof thereof.

129.    Centurion denies the allegations contained in Paragraph 129 of the Complaint and demands strict proof thereof.

130.    The allegations in Paragraph 130 of the Complaint contain overly broad legal conclusions rather than factual allegations, and so Centurion is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations. Placing its denial on that basis, Centurion denies the same and demands strict proof thereof.

131.    The allegations in Paragraph 131 of the Complaint contain overly broad legal conclusions rather than factual allegations, and so Centurion is without sufficient

information or knowledge to form a belief as to the truth or falsity of the allegations. Placing its denial on that basis, Centurion denies the same and demands strict proof thereof.

132. The allegations in Paragraph 132 of the Complaint contain overly broad legal conclusions rather than factual allegations, and so Centurion is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations. Placing its denial on that basis, Centurion denies the same and demands strict proof thereof.

133. The allegations in Paragraph 133 of the Complaint contain overly broad legal conclusions rather than factual allegations, and so Centurion is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations. Placing its denial on that basis, Centurion denies the same and demands strict proof thereof.

134. Centurion denies the allegations contained in Paragraph 134 of the Complaint and demands strict proof thereof.

**COUNT IV: STATE LAW CLAIM**
**FOR FAILURE TO TRAIN AND SUPERVISE**

135. The allegations in Paragraph 135 of the Complaint contain overly broad legal conclusions rather than factual allegations, and so Centurion is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations. Placing its denial on that basis, Centurion denies the same and demands strict proof thereof.

136. Centurion denies the allegations contained in Paragraph 136 of the Complaint and demands strict proof thereof.

137. Centurion denies the allegations contained in Paragraph 137 of the Complaint and demands strict proof thereof.

138. Centurion denies the allegations contained in Paragraph 138 of the Complaint and demands strict proof thereof.

139.     Centurion denies the allegations contained in Paragraph 139 of the Complaint and demands strict proof thereof.

## REQUEST FOR RELIEF

Centurion denies all relief requested in Plaintiff's Request for Relief.

## AFFIRMATIVE DEFENSES

Defendant Centurion Detention Health Services, LLC, asserts the following separate and affirmative defenses in order to preserve them.  Any affirmative defense for which no evidence has been adduced by the time of trial will be withdrawn:

A.     Plaintiff's Complaint fails to state a claim for which relief can be granted.

B.     Plaintiff's claims are barred, in whole or in part, and are subject to the limitations contained in the Prison Litigation Reform Act.

C.     This Court does not have subject matter jurisdiction over Plaintiff's state law claims because Plaintiff failed to exhaust his administrative remedies as required by NMSA 1978, § 33-2-11(B).

D.     Even if the subject incidents occurred as described in the Complaint, and even if Plaintiff suffered some injury, Centurion's actions were not the proximate or sole cause of the injuries and damages alleged.

E.     If Centurion acted negligently or wrongfully, which is expressly denied, any injury to Plaintiff was caused in whole or in part by the negligence or wrongful conduct of person or entities other than Centurion including that of Plaintiff, and any liability of said Defendant, which is denied, must be wholly eliminated or reduced pro rata.

F.     Centurion reasonably relied on the representations of other parties, including Plaintiff.

G.      Centurion states that the treatment provided to Plaintiff by Centurion was in accord with the skill and care ordinarily used by health care providers under similar circumstances, giving consideration to the circumstances and locality involved.

H.      Centurion states that Plaintiff failed to mitigate his damages.

I.      Centurion states that Plaintiff has no damages.

J.      Plaintiff's claims are bared in whole or in part by the applicable statute of limitations.

K.      Centurion states that Plaintiff's alleged injuries occurred in a manner that could not reasonably be foreseen by Centurion and, therefore, Plaintiff is precluded from recovering any damages from Centurion.

L.      Punitive damages are not authorized by the New Mexico Tort Claims Act.

M.      Excessive punitive damages are barred by the U.S. Constitution.

N.      Centurion states that, to the extent the Complaint alleges entitlement to punitive damages, the Complaint fails to state facts sufficient to justify an award of punitive damages. An award of punitive damages against Centurion in this case will violate the due process clause of the Fourteenth Amendment to the United States Constitution and Article II, Section 18, of the New Mexico Constitution.

Centurion reserve its right to assert additional affirmative defenses as these defenses become known.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendants Centurion Detention Health Services, LLC prays that the First Amended Complaint be dismissed with prejudice, and that it be awarded such other and further relief as this Court deems just and proper.

22

Respectfully submitted,


PARK & ASSOCIATES, L.L.C.


By: /s/ *James J. Grubel*
    Alfred A. Park
    James J. Grubel
    *Counsel for Centurion Detention Health*
    *Services, LLC*
    3840 Masthead Street, N.E.
    Albuquerque, NM 87109
    (505) 246-2805

I hereby certify a true and correct copy
of the above pleading was served by the
Courts Electronic Filing System to all parties
of record on this 25th day of March 2022


/s/ James J. Grubel
James J. Grubel

23