IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GUY BRYAN.

       **Plaintiff,**

   **vs.**                                         **Civ. No. 22-158 RB/JFR**

**CORECIVIC, INC. et al.,**

       **Defendants.**

## ORDER FINDING GOOD CAUSE TO DELAY SCHEDULING ORDER

**THIS MATTER** is before the Court on the *Joint Motion to Stay Initial Scheduling Order Deadlines* filed May 9, 2022.  Doc. 19.  Therein, the parties discussed potential resolution of portions of the case that may affect the Court's jurisdiction over Plaintiff's claims.  *Id.*  The parties further discussed anticipated dispositive pleadings that may obviate the need to proceed with the scheduling conference at this time.  *Id.*  Pursuant to Fed. R. Civ. P. 16(b)(2), the Court finds good cause to delay entering a scheduling order, pending the outcome of the items discussed above.  The Court will vacate the Initial Scheduling Order (Doc. 16), and reschedule the scheduling conference, if necessary, when the motions are resolved.

    **IT IS THEREFORE ORDERED** that all of the instructions, deadlines and hearings in the Initial Scheduling Order (Doc. 16) are **VACATED**.

 

**JOHN F. ROBBENHAAR**
**United States Magistrate Judge**