# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

BRYAN GUY,

      Plaintiff,

v.                                          No. 1:22-cv-00158 RB-JFR

CORECIVIC, INC.; CHAD MILLER (WARDEN)
in his individual and official capacities; KATHLEEN
LAMPHERE, NP, in her individual and official
Capacities; KEITH IVENS, MD, in his individual and
official capacities; BERNALILLO COUNTY BOARD
OF COMMISSIONERS; and CENTURION
CORRECTIONAL HEALTHCARE OF NEW MEXICO,

      Defendants.

## ORDER GRANTING STIPULATION FOR REMAND TO STATE COURT

**THIS MATTER** is before the Court on the parties' Stipulation for Remand to State Court (Doc. 23), which stipulates to the dismissal of Plaintiff Bryan Guy's federal claims and remand of the state law claims to the Second Judicial District Court, County of Bernalillo, State of New Mexico. The Court finds that the Stipulation is well-taken and that upon Plaintiff's dismissal of his federal claims, this Court lacks subject matter jurisdiction over this case.

**IT IS THEREFORE ORDERED** that:

1. Counts I and II are dismissed with prejudice;

2. Count III is dismissed with prejudice as to Defendant Chad Miller only;

3. The remaining state law claims are remanded to the Second Judicial District Court, County of Bernalillo, State of New Mexico;

4. CoreCivic's Motion to Dismiss (Doc. 10) is withdrawn without prejudice to refiling as to the remaining state law claims in the Second Judicial District Court, County of Bernalillo, State of New Mexico.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE